IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: 5:20-CR-00499-FL-1 |
| | ) |
| WILLIE LEE HAYES, JR. | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (**X**) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of Detainee: **Willie Lee Hayes, Jr.**

2. Detained by: **Wake County Detention Center
   3301 Hammond Street, Raleigh, NC 27603
   Telephone: (919) 773-7930/ Facsimile: (919) 255-7175**

3. Detainee is (**X**) charged in this district by (**X**) **Indictment** of violating **21 U.S.C. §841(a)(1)** OR () is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on **January 20, 2023 at 8:00 a.m.** (**X**) **in the U.S. District Court, New Bern, NC,** OR () before the Federal Grand Jury in this district, for () initial appearance () detention hearing () arraignment/plea () trial (**X**) sentencing () in re a motion pursuant to 28 U.S.C. §2255 () the purpose of giving testimony in the captioned proceeding, or () other purpose(s).

Date: December 23, 2022         /s/ Jake D. Pugh
                                Jake D. Pugh
                                Assistant United States Attorney

## WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum          ( ) Ad Testificandum          ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent is hereby directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: _____, 2021    _____
                                    United States Magistrate Judge